UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAY PORTOGEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, et al.,<br><br>  Defendants. | Case No. 20-CV-02894-LHK<br><br>**ORDER DENYING STIPULATION OF DISMISSAL AND RE-REFERRING THE PARTIES TO COURT-SPONSORED MEDIATION**<br><br>Re: Dkt Nos. 32, 38 |

On August 6, 2020, the Court referred the parties to Court-sponsored mediation with a completion deadline of November 30, 2020. ECF No. 32. Yet the parties have not participated in Court-sponsored mediation.

Moreover, on December 3, 2020, Plaintiff and one Defendant, Bank of America N.A., filed a stipulation to dismiss "all parties, claims, and causes of action" in the above-captioned action "with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii)." ECF No. 38 at 2. However, this stipulation of dismissal is procedurally defective. Under Rule 41(a)(1)(A), a stipulation of dismissal must be "signed by all parties who have appeared" if an opposing party has "serve[d] either an answer or a motion for summary judgment." Another

1

Case No. 20-CV-03526-LHK
ORDER DENYING STIPULATION OF DISMISSAL AND RE-REFERRING THE PARTIES TO COURT-SPONSORED MEDIATION

Defendant, Experian Information Solutions Inc., has appeared in this action and served an answer to the complaint. ECF Nos. 23, 29. Yet Experian Information Solutions Inc. did not sign the stipulation of dismissal, ECF No. 38.

Accordingly, the Court (1) re-refers the parties to Court-sponsored mediation with a completion deadline of January 30, 2021; and (2) DENIES the stipulation of dismissal, ECF No. 38. The parties shall file a stipulation of dismissal or joint settlement status report by February 8, 2021.

**IT IS SO ORDERED.**

Dated: December 5, 2020

_____
LUCY H. KOH
United States District Judge